UNITED STATES DISTRICT COURT
for the
DISTRICT OF MAINE

| | | |
|---|---|---|
| Adam Cotten, by his guardian,<br>Forrestine Cotten,<br><br>     Plaintiff<br><br>  v.<br><br>Brenda Harvey, Commissioner,<br>Maine Department of Health and<br>Human Services,<br><br>     Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket no. 1:10-cv-00121 |

**STIPULATION OF DISMISSAL**

Pursuant to F. R. Civ. P., Rule 41(a)(1), the parties to this action, by their respective attorneys, hereby stipulate that the action be dismissed, with prejudice and without costs to either party.

May 3, 2010            Attorney for Plaintiff

                   /s/   Staci Converse
                   Staci Converse
                   Disability Rights Center
                   24 Stone Street
                   Augusta, ME 04338

                   Attorney for Defendant

                   /s/  James E. Fortin
                   James E. Fortin, Assistant Attorney General
                   Office of the Attorney General
                   6 State House Station
                   Augusta, ME 04333

Certificate of Service

  The undersigned hereby certifies that he electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Staci Converse, Esq.
Peter Rice, Esq.
Disability Rights Center
24 Stone Street
P.O. Box 2007
Augusta, ME 04333

| | |
|---|---|
| May 3, 2010 | /s/  James E. Fortin |
| | James E. Fortin, Assistant Attorney General |
| | Office of the Attorney General |
| | 6 State House Station |
| | Augusta, ME 04333 |